UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lafayette International, Inc.,
Plaintiff,

Civil File No. 01-1382 MJD/JGL

v.

ORDER

Take 5, Delaware Business Trust,
and Walt Foster, Individually,
Defendants.

This matter is before the Court on Defendant's motion to (1) dismiss the Counts I and V through VIII of the Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6); (2) dismiss the remainder of the Complaint pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a); and alternatively (3) transfer the case to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1404(a). In the underlying lawsuit, Plaintiff Lafayette International, Inc. asserts claims under the Minnesota Franchise Act, and claims for unjust enrichment, recoupment, estoppel and fraud and misrepresentation. Defendant argues that a dismissal of Plaintiff's Minnesota Franchise Act claim should result in the enforcement of a forum selection clause that the parties had previously agreed upon.

Based on a review of the files, records and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss Plaintiff's claim under the Minnesota Franchise Act GRANTED and therefore

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. This matter is transferred to the United States District Court for the District of Nevada.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: 2-1-02

Michael J. Davis
United States District Court

01-1382

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

**DATE MAILED TO COUNSEL/PRO SE PARTIES:**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

*This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.*

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.