# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lafayette International, Inc.,

Plaintiff,

Case No. Civil 01-1382 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Take 5, Delaware Business Trust,
and Walt Foster, Individually,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

1. **Defendants' motion to dismiss Plaintiff's claim under the Minnesota Franchise Act GRANTED and therefore**

2. **This matter is transferred to the United States District Court for the District of Nevada.**

DATE: February 1, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch, Deputy Clerk